```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 23618
   GOLDMON MIX JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9985


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/06/2008 and was not confirmed.

     The case was dismissed without confirmation 12/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------
1ST FRANKLIN MORTGAGE    CURRENT MORTG         .00              .00            .00
1ST FRANKLIN MORTGAGE    MORTGAGE ARRE     17000.00             .00            .00
HOME LOAN SERVICES       CURRENT MORTG         .00              .00            .00
HOME LOAN SERVICES       MORTGAGE ARRE      2300.00             .00            .00
HOME LOAN SERVICES       UNSECURED         NOT FILED            .00            .00
OCWEN FEDERAL BANK       CURRENT MORTG         .00              .00            .00
OCWEN FEDERAL BANK       UNSECURED         NOT FILED            .00            .00
ASSET ACCEPTANCE         UNSECURED           244.59             .00            .00
ATT CHICAGO              UNSECURED         NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED           412.36             .00            .00
HOUSEHOLD FINANCE        UNSECURED         NOT FILED            .00            .00
HSBC BANK NEVADA NA      UNSECURED          1351.20             .00            .00
IDES                     UNSECURED         NOT FILED            .00            .00
ARROW FINANCIAL SERVICES UNSECURED         15020.95             .00            .00
GREG HYCHE               NOTICE ONLY      NOT FILED             .00            .00
OCWEN FEDERAL BANK       SECURED NOT I       599.61             .00            .00
DEUTSCHE BANK NATIONAL T MORTGAGE NOTI    NOT FILED             .00            .00
PIERCE & ASSOCIATES      MORTGAGE NOTI    NOT FILED             .00            .00
ANGIE S LEE              DEBTOR ATTY          .00                              .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         ---------------     ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 23618 GOLDMON MIX JR
```

TOTALS                                              .00                      .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |